```
1  Malcolm D. Schick, Esq. - State Bar No. 118978
   Email: MSchick@GPSchickLaw.com
2  Annalisa S. Zulueta, Esq. - State Bar No. 265366
   Email: AZulueta@GPSchickLaw.com
3  G&P|SCHICK, A Professional Corporation
   333 West Santa Clara Street, Suite 930
4  San Jose, California  95113
   Tel: (408) 995-5050; Fax: (408) 995-5150
5
   Attorneys for defendant,
6  BRASSCRAFT MANUFACTURING COMPANY
```

FILED
CLERK, U.S. DISTRICT COURT
JUL 16 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, as subrogee of Marisa Feldmann,<br><br>  Plaintiff,<br><br>v.<br><br>BRASSCRAFT MANUFACTURING COMPANY, a Michigan Corporation; and DOES 1 to 25, inclusive,<br><br>  Defendants. | Case No.: 2:13-CV-08867-MMM(Ex)<br><br>[~~PROPOSED~~] PROTECTIVE ORDER FOR THE EXCHANGE OF CONFIDENTIAL INFORMATION<br><br>Magistrate Judge: ~~Elizabeth D. Laporte~~ Charles F. Eick<br>District Judge: Margaret M. Morrow<br>Courtroom: 780<br>Complaint filed: 10/24/13<br>Case Removed: 12/02/13<br>Trial: 01/13/15 |

///
///
///
///
///
///
///

- 1 -   2:13-CV-08867-MMM(Ex)

[PROPOSED] PROTECTIVE ORDER FOR THE EXCHANGE OF CONFIDENTIAL INFORMATION

# ORDER

Having considered the above Stipulation and good cause appearing therefore, the Court makes the following Order(s):

The disclosure of trade secrets and other confidential, proprietary, business, and technical information of BRASSCRAFT MANUFACTURING COMPANY shall be confidential and shall be handled as set forth in the above Stipulation.

**IT IS SO ORDERED:**

Dated: 7/16/14

~~Margaret M. Morrow~~
~~United States District Judge~~
Charles F. Eick
United States Magistrate Judge