1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

8
9

| FEDERAL INSURANCE COMPANY | CASE NO: |
|---|---|
| Plaintiff(s), | 2:13−cv−08867−MMM−E |
| v. | |
| BRASSCRAFT MANUFACTURING COMPANY, et al. | ORDER DISMISSING CIVIL ACTION |
| Defendant(s). | |

10
11
12
13
14
15
16
17

    THE COURT having been advised by counsel that the above−entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re−open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

    **IT IS SO ORDERED.**

Dated: December 12, 2014

_____
Margaret M. Morrow
United States District Judge